UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERNEST MANUEL BOLOM VAZQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1191-J |
| | ) | |
| RUSSELL HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner filed a Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation recommending that the Court dismiss the Petition as moot. [Doc. No. 12 at 5] ("[T]he parties agree that [Petitioner's] release from custody has, indeed, rendered the Petition moot."). No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 12] and DISMISSES Petitioner's Verified Petition for a Writ of Habeas Corpus as MOOT. A separate judgment will enter.

IT IS SO ORDERED this 21st day of November, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE